**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SOUTHERN STATES REALTY GROUP, LLC** — **PLAINTIFF**

**v.** **Case No. 4:25-cv-01329-LPR**

**HARLY ENTERPRISES, LLC; and NATIONAL TITLE & ESCROW, LLC** — **DEFENDANTS**

# JUDGMENT

Consistent with the Order that was entered on September 14, 2026, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 21st day of October 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE